# EXHIBIT A

# Exhibit A-1

| | |
|---|---|
| ADAMS COUNTY DISTRICT COURT, STATE OF COLORADO<br><br>Court Address:<br>1100 Judicial Center Drive<br>Brighton, Colorado 80601 | DATE FILED: September 30, 2020 4:42 PM<br>FILING ID: 2E95F55A626DC<br>CASE NUMBER: 2020CV31271 |
| **Plaintiff(s):** SEAN COUTURE<br><br>**Defendant(s):** UNITED AIRLINES, INC. | COURT USE ONLY |
| *Attorneys for Plaintiff:*<br>Chad P. Hemmat, No. 20845<br>Jason G. Alleman, No. 42570<br>Cameron O. Hunter, No. 50095<br>ANDERSON HEMMAT LLC<br>5613 DTC Parkway, Suite 150<br>Greenwood Village, Colorado 80111<br>Phone Number:  303/782-9999<br>Fax Number:  303/782-9996<br>chad@andersonhemmat.com<br>jason@andersonhemmat.com<br>cameron@andersonhemmat.com | Case Number:<br><br><br><br>Division          Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,**
**COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**
**AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   X This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

JDF 601SC   R09-18   DISTRICT COURT CIVIL (CV) CASE COVER SHEET              Page 1 of 2

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐   Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.   X   This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

**Date: 9/24/20**           *s/ Chad P. Hemmat, Esq.* _____
                            **Signature of Party or Attorney for Party**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

# Exhibit A-2

| | |
|---|---|
| ADAMS COUNTY DISTRICT COURT, STATE OF COLORADO<br><br>Court Address:<br>1100 Judicial Center Drive<br>Brighton, Colorado 80601<br><br>**Plaintiff(s): SEAN COUTURE**<br><br>**Defendant(s): UNITED AIRLINES, INC.**<br><br>*Attorneys for Plaintiff*<br>Chad P. Hemmat, No. 20845<br>Jason G. Alleman, No. 42570<br>Cameron O. Hunter, No. 50095<br>ANDERSON HEMMAT, LLC<br>5613 DTC Parkway, Suite 150<br>Greenwood Village, Colorado 80111<br>Phone Number: 303/782-9999<br>Fax Number: 303/782-9996<br>chad@andersonhemmat.com<br>jason@andersonhemmat.com<br>cameron@andersonhemmat.com | DATE FILED: September 30, 2020 4:42 PM<br>FILING ID: 2E95F55A626DC<br>CASE NUMBER: 2020CV31271<br><br>▲Court Use Only▲<br><br>Case Number:<br><br>Division/ Courtroom: |
| **COMPLAINT AND JURY DEMAND** ||

**COMES NOW**, the Plaintiff, Sean Couture, by and through his attorneys, Anderson Hemmat, LLC, and for his Complaint and Jury Demand, against the Defendant, states and alleges as follows:

1. The Plaintiff is a resident and domiciliary of the City of Virginia Beach, State of Virginia.

2. Defendant, United Airlines, Inc. is a for profit corporation organized under the laws of the State of Delaware and actively doing business in the State of Colorado.

1

3. Upon information and belief, Defendant owns and/ or operates the property located at Denver International Airport, Gate B50, 8500 Pena Boulevard, Denver, Colorado 80249.

4. This Court has jurisdiction over the subject matter of this action and the parties hereto and venue is proper in the County of Adams as the county where the subject accident happened.

5. On January 22, 2019, Plaintiff was performing a pre-flight inspection of an aircraft when he slipped and fall on ice, resulting in injuries, damages and losses to Plaintiff.

6. At that same time and place, the Plaintiff was an invitee for all purposes pursuant to C.R.S. § 13-21-115.

## FIRST CLAIM FOR RELIEF AGAINST DEFENDANT
(C.R.S. § 13-21-115)

7. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 6 in the Introductory Allegations.

8. Defendant actually knew or should have known of the danger on their property.

9. Defendant failed to use reasonable care to protect against the danger on the property.

10. The Defendant's failure was the cause of Plaintiff's injuries, damages and losses.

11. The Plaintiff incurred injuries including, but not limited to, his shoulder, substantial physical injuries, loss of ability to enjoy life as he did before the accident, and emotional distress.

12. All damages to the Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

## SECOND CLAIM FOR RELIEF AGAINST DEFENDANT
(Negligence)

13. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 12 in the Introductory Allegations and the First Claim for Relief.

14. The Defendant acted in a reckless, careless and negligent manner and did so in such a fashion as cause injuries and damages to the Plaintiff.

15. As a direct, immediate and proximate result of the Defendants' negligent actions and/ or omissions, the Plaintiff has been damaged.

16. As a direct, immediate and proximate result of the Defendants' negligence as stated above, the Plaintiff has sustained severe injuries which said injuries are of a permanent nature and which have caused the Plaintiff great pain, suffering, discomfort and emotional distress and which will continue to cause the Plaintiff great pain, suffering, discomfort and emotional distress.

17. As a direct, immediate and proximate result of the Defendants' negligence, the Plaintiff has incurred and will continue to incur medical, therapeutic, hospital and physician expenses.

18. As a direct, immediate and proximate result of the Defendants' negligence, the Plaintiff has lost the ability to enjoy life as he did before the accident, has lost time, has suffered impaired earning capacity, economic losses and has lost time from work and has lost pay and salary.

19. All damages to the Plaintiff are in the past, present and future whether so specifically delineated in each paragraph or not.

WHEREFORE, on account of the matters set forth in First and Second Claims For Relief, the Plaintiff, Sean Couture prays for a judgment in favor of the Plaintiff, and against the Defendant, United Airlines, Inc. in an amount which will fully compensate him for his injuries and damages in the past, present and future, including for past, present and future medical expenses, past, present and future pain and suffering, for personal injuries, for emotional distress, for loss of ability to enjoy life as he did before the accident, for economic losses, for costs, expert witnesses, for attorney fees, for interest on such sums as is provided by law and for such other and further relief as to the Court appears proper in the premises.

**PLAINTIFF DEMANDS A TRIAL TO A JURY OF SIX (6) PERSONS.**

Respectfully submitted this 24th day of September, 2020.

ANDERSON HEMMAT, LLC
*s/ Chad P. Hemmat, Esq.*

Chad P. Hemmat, No. 20845
Jason G. Alleman, No. 42570
Attorneys for Plaintiff

Plaintiff's address:

2185 Locksley Arch
Virginia Beach, Virginia 23456