# EXHIBIT F

January 5th, 2022

Ms. Maddin M. Nelson
Montgomery Amatuzio Chase Bell Jones LLP
4100 E. Mississippi Ave, 16th Floor
Denver, Colorado 80246

# EXPERT REPORT

RE: Sean Couture v. CASI

Dear Ms. Nelson:

Inversion Consulting LLC was retained by Montgomery Amatuzio Chase Bell Jones LLP to review and report on observed weather conditions at the Denver International Airport (hereafter referred to as 'Site') through the early evening hours of January 22nd, 2019.  At the Site, primarily at airport gate B50 in the early evening hours of January 22nd, 2019 a personal injury was reported to have occurred on the tarmac by a commercial aircraft as a pilot was performing an inspection.  This report will have an emphasis on the weather conditions leading up to and including the time of the incident.  This analysis utilized archived weather observations and data acquired from the National Oceanic and Atmospheric Administration (NOAA).

The data utilized in this analysis included surface weather observations obtained from two primary sources.  The first source of surface weather observations were from the Denver International Airport which as a major international airport has a robust weather observation and reporting system.  At the airport, the primary source of surface weather observations is from the Automated Surface Observation System (ASOS) which records weather in 1-minute intervals and compiles them in hourly observations to be transmitted to the user community as needed.  If weather conditions warrant, then published reports are issued at shorter intervals and, if deemed necessary are supplemented with human observations.  The distance and orientation of the with respect to the Incident Site is displayed in **Figure 1**.  The weather data from this a 'first order' weather station meaning that the standards and equipment employed in weather observations are at the highest standards.  The data for this analysis was obtained from the NOAA-National Center for Environmental Information (NCEI).  These first order observations are the highest quality surface weather observations available with equipment that records various weather elements such as temperature, dewpoint, wind speeds, wind gusts and direction, visibility and precipitation/precipitation type.  First-order weather station observations may be supplemented by human observers for weather conditions of various elements of weather that are best handled by a person rather than by automated reporting equipment only.

1



A supplemental source of data utilized in this report was archived weather radar data obtained from the NOAA-NCEI.  Data from the National Weather Service (NWS) Next Generation Radar (NEXRAD) -Weather Surveillance Radar – 1988 (WSR-88D) located in near Watkins, Colorado (KFTG) was utilized on the grounds of the Colorado Air and Spaceport was utilized.  The KFTG WSR-88D site is the primary NEXRAD location responsible for weather radar coverage across the Denver metropolitan area and is located approximately 8.25 miles southeast of the Site.  The primary data component available from the KFTG radar site used in this analysis was the 0.9 degree Base Reflectivity (BR) product.  BR values are expressed in units of decibles or dbZ which is the measure of reflectivity (Z) reflected from an object, in this case snowfall, in the atmosphere. The 0.9 degree BR product is the angle that the radar beam is tilted above the surface of the earth and is the second lowest angle used by NEXRAD radar in detecting precipitation and was utilized given the relatively close distance to DIA as the close proximity of the radar resulted in 'ground clutter' or reflection of energy to the radar from objects other than weather-related targets such as buildings, airplanes, etc.. In summary, the data from the KFTG site was reviewed to confirm the timing and amount of snowfall events in concert with the ASOS data.

2



**Figure 1**. Location of the Incident Site and the first order weather station utilized in this analysis with distances between the Incident Site and these stations.

For this analysis, snowfall data from the northeastern portions of the metropolitan area was analyzed along with the data from Denver International Airport to confirm the timing and presence of snowfall in the area. The first portion of this analysis will examine the weather conditions at DIA in the 10-day period prior to the incident in the event that snowfall occurred over a prolonged period of time prior to the incident. The second leg of this analysis will examine, in finer detail, the weather conditions at the Site in the day/hours leading up to the time of the incident which was at 6:40 PM on January 22nd, (per documentation provided by Montgomery Amatuzio Chase Bell Jones).

### Weather Conditions for the period of January 9th to January 20th, 2019

In the days leading up to the incident, weather conditions were seasonably variable with 7 of the 12 days in this period experiencing above normal temperatures, 3 days of at or near seasonable temperatures (+/- 3 deg. F of seasonal normal) and 2 days of below normal temperatures. Precipitation at the KDEN weather station recorded a total of 0.56" of precipitation at the Site during this period which is 'above average' given that the average amount of liquid equivalent precipitation (rain and equivalent of snow melted) is 0.38" for the entire month of January. A majority of this precipitation (0.48") fell on the 11th and 12th of January. However, the actual depth of snowfall recorded was notably below normal as 1.6" of snow would be recorded during this period verses an average of ~2.5" of snow for this period of time. The 2.5" is based on the official 30-year (1991-2020) average snowfall for Denver of 6.4" pro-rated over a 12-day period of a 31-day month. A second period of relatively light snowfall was recorded on the 18th with

3

0.08" of liquid equivalent and officially 0.3" of snowfall recorded at DIA. Hourly temperatures along with a graphical description of the weather conditions (precipitation) can be seen in **Figure 3**. Key elements to note is that the relatively high amount of precipitation (0.48") resulted in a relatively low amount of snowfall (1.3"), typically snowfall to liquid equivalent totals average around 10-to-1 but can easily range from 8-to-1 to 20-to-1 in a number of storm observations. Given a 10-to-1 ratio, one would expect snowfall values roughly in the 4.5" range however only 1.3" was observed. Air temperatures ranged from 32 F to 34 F during a majority of the period of snowfall. Given these conditions it is reasonable that much of the snowfall (given the prolonged period in which snow fell) melted upon reaching the surface. Following this storm event, temperatures gradually warmed through the period as evidenced by the upward trend in the blue line (on a day-by-day basis) with high temperatures reaching 54 degrees F on the 17th. A short-lived and minor weather event occurred on the 18th with the passing of a relatively weak upper-level weather system through the central Rockies resulting in a brief period (~3 hour) period where 0.3" of snow fell with a liquid equivalent of 0.08". Like the January 11th/12th event, temperatures only fell into the 32 F-to-36 F range and resulted in some melting of snow as it impacted the surface. Temperatures quickly rebounded again with high temperatures reaching the mid-to-upper 50s F on the afternoon hours of both the 20th and 21st.



**Figure 3**. Graphical summary of weather conditions at DIA for the period of January 9th to January 20th, 2019. Area of precipitation are shaded in blue (snow) with hourly temperatures in the blue line. The red line notes the 32 F (freezing) mark.

4

**Weather Conditions for the period of January 21st and January 22nd, 2019**

The warming trend after the brief snow event of the 18th reached its apex on the afternoon hours of the 21st with high temperatures in the upper 50's (high of 58 F) under mostly sunny skies. An examination of a map of DIA indicates that tarmac of Gate 50, where the incident took place, faces south and as such would have been subjected to direct shortwave radiation (i.e. direct solar radiation/ direct sunshine). The addition of this factor of shortwave radiation is important with respect to the melting of snow that might be present, as was noted near the exit door to the tarmac on the video of the incident provided by Montgomery Amatuzio Chase Bell Jones, most notably on the afternoon of the 22nd which will be addressed in a later section.



**Figure 4**. Graphical summary of weather conditions at DIA for the period of January 21st to January 22nd, 2019. Area of precipitation are shaded in blue (snow) with hourly temperatures in the blue line. The red line notes the 32 F (freezing) mark. Time of the incident/fall is noted on the yellow line.

In returning to the discussion of precipitation that occurred at DIA late on the evening of the 21st and through the morning hours of the 22nd, it was noted that 1.3" of measured snowfall was observed at DIA for the period noted in Figure 4. The actual defined period of snowfall defined was plotted through examination of the actual METAR (METeorological Aerodrome Report) data that is produced by the KDEN ASOS weather station located approximately 1.9 miles away from the Site which denotes the minute

5

when precipitation starts and stops as detected by automated precipitation sensor equipment installed with the station. In this instance, the timing of precipitation detected by the KDEN station indicated that snow started at 9:15 PM on the 21st and ended at 12:05 AM on the 22nd and recommenced at 2:59 AM on the 22nd and ended at 11:17 AM on the 22nd and was not reported after that time. The timing of this precipitation was corroborated by examining 0.9 degree base reflectivity radar data from the KFTG radar. This review indicated that the final very light flakes of snow would have finished up at the incident location in the 11:30 AM-to-11:40 AM time frame (example **Figure 5**). After this period of time, skies remained mostly cloudy however, temperatures warmed to the upper 20' F with a high temperature of 30 F at 2:30 PM in the afternoon.

One piece of data that is re-examined despite the quality of the data at the KDEN station is that the station only recorded 0.01" of liquid equivalent of precipitation during this period of time. A review of neighboring weather station (both CoCoRaHS and nearby NWS Cooperative Stations indicate liquid equivalent totals of 0.07" to 0.21" was recorded. Stations with comparable snowfall (depth) values recorded precipitation values near 0.10" to 0.15" and in summary it was likely that precipitation values in this range more likely occurred given the wide range of physical observation made in the northeast portions of the Denver metropolitan area. An example of a few of these stations and data are shown in **Figure 6**.



**Figure 5.** Image of the 0.9 degree Base Reflectivity data from the KFTG data for 10:24 PM January 21st, 2019. The location of the Site is noted in the red dot and the KDEN weather station is in the yellow dot.

6



**Figure 6**. Images of two-day totals of liquid equivalent (inches) and snowfall (inches) data from CoCoRaHS observers in a portion of the northeast Denver metropolitan area for the storm of January 21st and 22nd, 2019.

As was alluded to in the prior section, temperatures did warm back into the upper 20's/30 F range in the early afternoon hours under mostly cloudy skies. Although skies were mostly cloudy per the official KDEN METAR data, sufficient amounts of solar radiation were present during the afternoon hours of the 22nd.

To summarize, the incident site received approximately 1.3" of snowfall from approximately 9:15 PM on January 21st, to 11:30 AM on January 22nd, 2019 with an approximate 3-hour break between Midnight and 3:00 AM. After this period of time the amount of incident solar radiation increased per examination of solar radiation data from the nearby Arsenal Remote Automated Weather Station (RAWS) station operated by the

7

US Forest Service located on the grounds of the nearby Rocky Mountain Arsenal, a few miles to the west southwest of DIA (large green area on Map on Figure 6). Despite air temperatures being just below freezing, the presence of increased solar radiation would have made it more prevalent for some melting of any residual snow that could be present in the gate area. To support the assertion of melting snow, data from the Colorado Department of Transportation (CDOT) was examined from a nearby weather/surface road station located at Chambers Road and Interstate 70 (Station CO011), very near the intersection of Interstate 70 and Pena Boulevard. In the afternoon hours of the 22nd, the air temperatures at this station were similar to that of the KDEN station however, pavement sensors noted that surface pavement sensors recorded temperatures above freezing with pavement temperatures as much as 9.0 degrees above that of the air peaking between 12:30 PM and 2:10 PM. It was noted that 2:00 PM was the time when snow removal crews from CASI were informed to cease operations. **Table 1** shows the air and pavement temperatures at the CO011 station during this time period:

| Time (MST – Jan. 22, 2019) | Air Temperature (F) | Pavement Temperature (F) | Temperature differential (F) |
|---|---|---|---|
| 10:30 AM | 25 | 29.3 | 4.3 |
| 11:00 AM | 26 | 30.6 | 4.6 |
| 11:30 AM | 26 | 30.6 | 4.6 |
| 12:00 PM | 28 | 33.3 | 5.3 |
| 12:30 PM | 28 | 36.1 | 8.1 |
| 1:00 PM | 28 | 36.0 | 8.0 |
| 2:10 PM | 30 | 39.0 | 9.0 |
| 3:10 PM | 30 | 35.8 | 5.8 |
| 3:30 PM | 29 | 33.3 | 4.3 |
| 4:00 PM | 29 | 32.5 | 3.5 |
| 4:30 PM | 29 | 31.8 | 2.8 |
| 5:00 PM | 28 | 30.0 | 2.0 |
| 5:30 PM | 27 | 28.9 | 1.9 |
| 6:00 PM | 26 | 28.6 | 2.6 |
| 6:30 PM | 26 | 27.9 | 1.9 |
| 7:00 PM | 24 | 26.2 | 2.2 |

**Table 1.** Air and pavement temperature data from the CO011 CDOT weather station including the calculated differential between the two data (Pavement minus air temp.) for the period between 10:30 AM and 7:00 PM January 22nd, 2019.

If one were to apply the differential between air and pavement temperatures to the data taken from the KDEN station, a period of time appears where pavement temperatures at the Site would have exceeded 32 F (freezing) after Noon then quickly go below freezing after 4:00 PM as the sun gets low in the sky as sunset was at 5:06 PM after this time the pavement differential goes down to near 2.0 F on average from the peak of 9.0 F near 2:00 PM (**Table 2**).

8

| Time (MST – Jan. 22, 2019) | Air Temperature (KDEN) (F) | Temperature differential (F) | Implied Pavement Temperature (F) |
|---|---|---|---|
| 10:30 AM | 25 | 4.3 | 29.1 |
| 11:00 AM | 25 | 4.6 | 29.4 |
| 11:30 AM | 27 | 4.6 | 31.2 |
| 12:00 PM | 27 | 5.3 | 31.9 |
| 12:30 PM | 28 | 8.1 | 34.7 |
| 1:00 PM | 28 | 8.0 | 36.4 |
| 2:10 PM | 28 | 9.0 | 37.4 |
| 3:10 PM | 28 | 5.8 | 34.2 |
| 3:30 PM | 28 | 4.3 | 32.7 |
| 4:00 PM | 28 | 3.5 | 31.9 |
| 4:30 PM | 27 | 2.8 | 29.4 |
| 5:00 PM | 25 | 2.0 | 26.8 |
| 5:30 PM | 23 | 1.9 | 24.9 |
| 6:00 PM | 23 | 2.6 | 25.6 |
| 6:30 PM | 23 | 1.9 | 24.9 |
| 7:00 PM | 21 | 2.2 | 23.4 |

**Table 1.** Air and implied pavement temperature data at DIA using the calculated differential temperature between the data (Pavement minus air temp.) at CDOT station CO011 for the period between 10:30 AM and 7:00 PM January 22nd, 2019.

In summary, this data indicates that snow present in and around the area of the Gate that might not be able to be sufficiently moved due to the restricted area(s) that CASI was limited to by equipment and regulations would have experienced a freeze/refreeze cycle on the day of January 22nd, 2019 and would have been subjected to a freeze/re-freeze cycle. CASI was recalled to DIA at 8:00 PM which would have been after any liquid water from melting would have experience the potential to re-freeze whether on pavement or potentially on pre-existing compacted snow.

**Summary**

This report addresses weather conditions that occurred at Denver International Airport (DIA) for the period of January 9th to January 22nd, 2019. During this period of time a couple of relatively minor snow events occurred prior to a snow event that occurred just prior to a personal injury incident that occurred at approximately 6:40 PM on the 22nd. One event on the 11th/12th resulted in a measured 1.3" of snow at the Site and one event on January 18th resulted in 0.3" of snow at the Site. Periods of above freezing temperatures did occur between and after these storm events including temperatures in the upper 50's F on the afternoon of January 21st. During the evening hours of January 21st another winter storm system moved into the Denver area and resulted in a prolonged period of light snow at DIA between 9:15 PM on the 21st and 11:30 AM on the 22nd with a 3-hour break in the snow between Midnight and 3:00 AM. The result of this storm was

9

for a measured snowfall total of 1.3" at DIA with air temperatures in the low-to-mid 20's. After the snow abated temperatures warmed into the upper 20's to 30 F in the early-to-mid afternoon hours of the 22[nd]. A review of nearby solar radiation data and Colorado Department of Transportation weather/pavement data indicated that conditions were favorable for melting of residual snow that might be present in the area after the snow event despite the actual air temperatures at DIA remaining below 32 F. Any melting of the snowfall would be subjected to a 're-freezing' period as the sun lowered and subsequently set in the late afternoon hours as pavement temperatures would also have gone below freezing after 4:00 PM in and around the tarmac area of Gate 50

The preceding statements are made within a reasonable degree of scientific certainty given the available weather data. If additional information becomes available, we reserve the right to amend our opinions and conclusions.

Sincerely yours,

William J. Badini
Consulting Meteorologist
Inversion Consulting LLC

10