# EXHIBIT G

*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03181-DDD-SKC

_____

VIDEO DEPOSITION OF SEAN ROBERT COUTURE

October 13, 2021

_____

Plaintiff:

SEAN COUTURE,

vs.

Defendant:

UNITED AIRLINES, INC.; SIMPLICITY GROUND SERVICES, LLC
d/b/a MENZIES AVIATION; COLORADO ASPHALT SERVICES, LLC
d/b/a COLORADO ASPHALT SERVICES, INC.; and COLORADO
ASPHALT SERVICES, LLC d/b/a CASI,

_____

*AB Litigation Services*

APPEARANCES:

ANDERSON HEMMAT, LLC
By Cameron O. Hunter, Esq.
5613 DTC Parkway
Suite 150
Greenwood Village, Colorado 80111
Phone: 303-782-9999
Cameron@andersonhemmat.com
Appearing on behalf of Plaintiff.

CONDON & FORSYTH, LLP
By Andrew C. Johnson, Esq.
1901 Avenue of the Stars
Suite 850
Los Angeles, California 90067
Phone: 310-557-2030
Ajohnson@condonlaw.com
Appearing on behalf of Simplicity
Ground Services LLC.

TREECE ALFREY MUSAT, PC
By Kathleen J. Johnson, Esq.
633 17th Street
Suite 2200
Denver, Colorado 80202
Phone: 303-292-2700
Kjohnson@tamlegal.com
Appearing on behalf of United
Airlines, Inc..
Via Telephone

MONTGOMERY AMATUZIO CHASE BELL JONES, LLP
By Max K. Jones, Jr., Esq.
4100 E. Mississippi Avenue
Mountain Towers
16th Floor
Denver, Colorado 80246
Phone: 303-592-6600
Mjones@mac-legal.com
Appearing on behalf of Colorado
Asphalt Services, LLC.

Also Present:  Dwayne Beuthel, Videographer
Dan Schmitz, Videographer

*AB Litigation Services*

PURSUANT TO WRITTEN NOTICE and the Federal

Rules of Civil Procedure, the video deposition of

SEAN ROBERT COUTURE, called by Defendant, was taken on

Wednesday, October 13th, 2021, commencing at

10:14 a.m., at Anderson Hemmat, LLC, 5613 DTC Parkway,

Suite 150, Greenwood Village, Colorado, before Debra J.

Votta, Registered Professional Reporter, Certified

Realtime Reporter, and Notary Public in and for the

State of Colorado.

I N D E X

DEPOSITION OF SEAN ROBERT COUTURE

EXAMINATION:                          PAGE

    By Mr. Johnson                    6,211

    By Mr. Jones                      64,178,244

    By Ms. Johnson                    224,251

    By Mr. Hunter                     246


EXHIBITS                              PAGE

Exhibit 6    Video                    53

Exhibit 7    Plaintiff's Responses to Defendant's    112
             First Set of Interrogatories
Exhibit 8    Medical Certificate               139

Exhibit 9    Plaintiff's Responses to Defendant's    161
             Written Discovery
Exhibit 10   Medical Certificate First Class    189

Exhibit 11   Pilot Certificate                 190

Exhibit 12   Damore Medical Record             191

*AB Litigation Services*

EXHIBITS (Cont'd.)

Exhibit 13  Gateway Family Medical Center Document  195

Exhibit 14  Plaintiff's Responses to United         209
            Airlines first set of Discover Requests

Exhibit 15  Gateway Family Medical Care Center      213
            Document

*AB Litigation Services*

P R O C E E D I N G S

THE VIDEOGRAPHER:  We're on the record at 10:14 a.m.  Today is October 13th, 2021.  This begins the video-recorded deposition of Sean -- is it Couture?

THE DEPONENT:  Yes.

THE VIDEOGRAPHER:  Okay.  Taken by the plaintiff and defendant in the matter of Couture versus United Airlines, Incorporated.  We're located at Anderson Hemmat, LLC, at 5613 DTC Parkway in Greenwood Village.  The court reporter is Debra Votta, and the videographer is Dwayne Beuthel.  Along with me is Dan.

Counsel will introduce themselves and the parties they represent, beginning with the plaintiff's counsel first, please.

MR. JONES:  Cameron Hunter on behalf of Plaintiff Sean Couture.

MR. JOHNSON:  Andrew Johnson on behalf of Defendant Simplicity Ground Services, LLC.

THE VIDEOGRAPHER:  And will our court reporter please swear in the deponent.

MS. JOHNSON:  Sorry.  Did you want me to enter my appearance?

THE VIDEOGRAPHER:  Yeah.  You may.

MS. JOHNSON:  Kate Johnson on behalf of

*AB Litigation Services*

the other attorneys ask some questions.

MR. JONES:  Okay.  Can I borrow your mic?

MR. JOHNSON:  Oh.  Yes.

EXAMINATION

BY MR. JONES:

Q.   Mr. Couture, I introduced myself earlier.  My name is Max Jones, and I represent Colorado Asphalt in this case.

Mr. Johnson here was very methodical in the chronology.  So I'm going to jump around just to mess it up.  No.  I'm only going to go back and ask some questions to fill in some gaps that I had, but I'm going to try to go back and start at the beginning --

A.   Okay.

Q.   -- and come back to where we were.  All right?

I want to go back to the day of the incident, January 22nd, 2019.  You testified earlier you flew from San Jose to Denver, were there, and then took your flight when you went out with the crew; correct?

A.   Correct.

Q.   So when you landed in Denver that day, I think you said you thought it was maybe around noon; is

*AB Litigation Services*

that correct?

A.   Yeah.  I'm guessing noon to 2:00, something like that.  I did figure out that my first flight was at 4:30.  So . . .

Q.   Okay.

A.   And I don't -- I don't recall that I was there that long before that flight happened.

Q.   Okay.  So your first flight being your flight from Denver to Aspen left at 4:30?

A.   Yes.  Left at 4:30.  So 45 minutes prior I would have been expected to be there.  So . . .

Q.   When you landed in Denver that day from San Jose, what was the weather like?

A.   It was nice.  It was -- I know it had been bad weather earlier in the day or maybe the night before, but by the time I got there it was nice.

Q.   And so when you say "it was nice," what do you mean?

A.   Anything like today.  Nice, clear skies.

Q.   So today it's sunny.

A.   Yeah.

Q.   Is that what you remember it looking like?

A.   Yes.

Q.   And so when you were there at DIA from

the time you got there until the time you left around 4:30, same type of weather?

A. Yes.

Q. Before you left on your trip from Denver to Aspen, do you do a pre-flight walk-around?

A. Yes. Yes.

Q. When you did your pre-flight walk-around, what was the ground like?

A. I think it was dry, completely dry, but still had the snow piles from where it had been plowed either from the night before or whenever it was done.

Q. Were you able to do your pre-flight walk-around without incident?

A. Yes. Without incident.

Q. When you did your pre-flight walk-around, did you do the same routine that you described earlier?

A. Yes.

Q. Start with the nose, go around?

A. Yes.

Q. When you did that, did you notice anything on the tarmac while you were walking around?

A. No. It was clear.

Q. And then you said you mentioned you saw some snow. Would that be the piles up by the --

A.   By the --

Q.   -- bridge?

A.   The jet bridges.  Yeah.

MR. HUNTER:  Let him finish.

A.   Sorry.

Q.   (By Mr. Jones)  My fault, too.  The snow you saw would be the piles up by the jet bridge?

A.   Yes.

Q.   And that looked to you like it had been pushed there earlier?

A.   Yes.

Q.   And so then you flew to Aspen.  Did you do a pre-flight walk-around in Aspen?

A.   Yes.

Q.   Okay.  You mentioned that when you would get on the plane, you might get a pre-trip printout?

A.   No.  That was -- the printout we get is the ADIS, which is the weather from the airport that you get before -- like just constantly getting it.  We have a printer in the plane, and it would print out what you would have.  So it tells you wind, temperature, anything pertinent that you needed to know.

Q.   Okay.

A.   Cloud cover, things like that.

*AB Litigation Services*

CERTIFICATE OF DEPOSITION OFFICER

STATE OF COLORADO            )

CITY AND COUNTY OF DENVER    )

I, Debra J. Votta, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public within and for the State of Colorado, commissioned to administer oaths, do hereby certify that previous to the commencement of the examination, the witness was duly sworn by me to testify the truth in relation to matters in controversy between the said parties; that the said deposition was taken in stenotype by me at the time and place aforesaid and was thereafter reduced to typewritten form by me; and that the foregoing is a true and correct transcript of my stenotype notes thereof; that I am not an attorney nor counsel nor in any way connected with any attorney or counsel for any of the parties to said action nor otherwise interested in the outcome of this action.

My commission expires September 26th, 2023.


----------------------------
DEBRA J. VOTTA, RPR, CRR
Registered Professional Reporter
Certified Realtime Reporter
Notary Public