# EXHIBIT J

| | |
|---|---|
| **From:** | Mike Cozza |
| **To:** | Brimley, Kent P |
| **Subject:** | [External] FW: B Con Snow Removal - Ice Melt Needed 1/22/19 |
| **Date:** | Wednesday, August 12, 2020 4:25:22 PM |

## ***External Sender - Please Exercise Caution***

Mike Cozza

Chief Estimator/Snow Operations Manager



Colorado Asphalt Services Inc.

P.O. Box 329

Commerce City, CO 80037

(303) 292-3434 (phone)

(303) 292-6267 (fax)

www.coloradoasphalt.com

**From:** Roybal, Andrew
**Sent:** Tuesday, January 22, 2019 6:56 PM
**To:** Mike Cozza
**Subject:** FW: B Con Snow Removal - Ice Melt Needed 1/22/19

**From:** DEN Business Office
**Sent:** Tuesday, January 22, 2019 6:55:14 PM (UTC-07:00) Mountain Time (US & Canada)
**To:** Roybal, Andrew
**Subject:** B Con Snow Removal - Ice Melt Needed 1/22/19

DEN Business Office

# *Ice Melt Needed 1/22/19* has been added

| Modify my alert settings | View Ice Melt Needed 1/22/19 | View B Con Snow Removal | Mobile View |
|---|---|---|---|

| | |
|---|---|
| **Title:** | Ice Melt Needed 1/22/19 |
| **Date:** | 1/22/19 |
| **Front End Loader with Box:** | 0 |
| **Pick-up with Plow:** | 0 |
| **Line Sweeper:** | 0 |
| **Spreader (liquid):** | 0 |
| **Spreader (crystal):** | 1 |
| **Requested Start Time to be on site:** | 1/22/2019 8:00 PM |
| **Date and Time Released:** | |
| **Notes:** | Ramp is beginning to freeze. Crystal Spreader called for better traction |
| **Point of Contact AM::** | Jacob Chong 720-717-6693 |

CO ASPHALT 000003

| | |
|---|---|
| **Point of Contact PM::** | Darrel Morrison 720-717-6661 |
| **Point of Contact Mids::** | Fred Cave |
| **Total Cost of Event:** | |

Last Modified 1/22/2019 7:53 PM by Morrison, Darrel

CO ASPHALT 000004