# EXHIBIT K

**PLAINTIFF'S**
EXHIBIT
**8**

10/30/2020

**OJI Report**

Claim

**#28050**
**Sean Couture**
1/22/2019 6:40 PM
201901280500001

*Printed 10/30/2020*

### CLAIMANT

| | | |
|---|---|---|
| **Emp No:** ███ | **Name:** Sean Robert Couture | |
| **Address:** ███ | | **Phone:** ███ |
| **SSN:** ███ | **Birth Date:** ███ | |
| **Marital Status:** D | **Gender:** M | **Dependents:** 0 |

### SUPERVISOR

| | |
|---|---|
| **Name:** Marcus G McCullough | **Title:** Chief Pilot |
| **Email:** ███ | **Phone:** ███ |

### REPORTED BY

| | | |
|---|---|---|
| **Name:** Curt Heidemann | **Title:** Assist Chief Pilot | **Phone:** ███ |

### EMPLOYMENT

| | | |
|---|---|---|
| **Title:** First Officer CRJ | **Status:** ███ | **PT/FT:** FULL-TIME |
| **DOH:** 2/21/2018 | **Terminated:** | **Location/Dept:** DTW / FO |

### WAGES

| | | |
|---|---|---|
| **Amount:** ███ | **Frequency:** Hourly | **Hrs Per Day:** |

### INCIDENT

| | | |
|---|---|---|
| **Occurred:** 1/22/2019 6:40 PM | **Reported:** 1/23/2019 10:46 AM | **Time Shift Began:** 2:40 PM |
| **Injury Cause:** Tarmac | **Injury Nature:** Strain | **Body Part:** Shoulder(s) |

**Task Desc:** post flight inspection

**Injury Cause Desc:** As he walked around the front of the aircraft he noticed snow under the jetway and possible ice in front of the aircraft on the pavement. He was cautious trying to walk around the slickest part of the ice but he inadvertently tipped on some ice and fell hard on his back. His right forearm broke some of the impact. He can't recall if he hit his head.

| | | |
|---|---|---|
| **On Company Property:** Yes | **Safeguards Available:** Yes | **Safeguards Used:** No |

**Safeguard Comments:** 7|United ramp had a bag of salt for ice melt and traction right beside the contaminated area.

### INCIDENT LOCATION

| | |
|---|---|
| **Name:** DEN | **Address:** 8500 Pena Blvd |
| | Denver, CO 80249 |

https://www.skywestonline.com/SKYW/OJI/Admin/PrintClaimReport.aspx?claimid=28050

1/2

**DEPOSITION
EXHIBIT
8**
HANSEN & COMPANY
**Cozza 8.31.21**

United 000001

10/30/2020                                                                                          Claim

**MEDICAL PROVIDER**
-----------------------------------------------------------------------------------------------------------------

**Address:** Denver ER                                          **Phone:** unknown
unknown
Denver, CO unknown

**WITNESSES**
-----------------------------------------------------------------------------------------------------------------

1. - ,

United 000002